OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the judgment of Special Term denying a stay of arbitration should be reinstated.
 

 The arbitration provisions of the parties’ contract broadly and unambiguously embraced all claimed violations of the contract. The ambiguity, if any, in the provisions alleged to have been violated is, therefore, a matter for the arbitrator to resolve.
 
 (Matter of Wyandanch Union Free School Dist. v Wyandanch Teachers Assn.,
 
 48 NY2d 669, 671.)
 

 In addition, allowing arbitration of this grievance would violate no public policy. Although a board of education may not bargain away its authority to grant or deny tenure, it may limit its right to terminate a probationary teacher during the probationary period.
 
 (Board of Educ. v Barni,
 
 49 NY2d 311;
 
 Matter of Candor Cent. School Dist. [Candor Teachers
 
 Assn.], 42 NY2d 266.)
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order reversed, with costs, and the judgment of Supreme Court, Suffolk County, reinstated in a memorandum.